[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13001
Non-Argument Calendar

_____

Agency No. A97-949-947

PAULIN NAVARD,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(February 23, 2009)

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Paulin Navard, a native and citizen of Haiti, petitions for review of the

denial of his application for asylum and withholding of removal under the Immigration and Nationality Act and the Convention Against Torture and Other Forms of Cruel, Inhuman, or Degrading Treatment or Punishment. 8 U.S.C. §§ 1158, 1231; 8 C.F.R. § 208.16. The Board found that Navard failed to establish that he suffered past persecution on account of a protected ground. We deny the petition.

Substantial evidence supports the finding by the Board and the immigration judge that Navard failed to establish that his persecution was on account of a protected ground. See Sanchez v. U.S. Att'y Gen., 392 F.3d 434, 438 (11th Cir. 2004). Navard argues that the immigration judge failed to consider his testimony about his persecution, but the immigration judge referred to Navard's testimony repeatedly in her decision to deny Navard's application. Navard testified that he and his family were victims of crimes by a man named Paulson, but Navard failed to explain how those crimes were related to a protected ground. The Board did not err when it dismissed Navard's petition.

We **DENY** Navard's petition for review.

**PETITION DENIED.**